ESTATE OF ISIDOR ROSENBERG, EDGAR D. ROSENBERG, ADMINIRTRAROR, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 20668.   Promulgated January 16, 1929.

*Robert Littleton, Esq.,* for the petitioner.
*A. H. Murray, Esq.,* for the respondent.

OPINION.

LANSDON: The issue here is controlled by *Talcott* v. *United States,* 23 Fed. (2d) 897. Cf. also our decision in *Mary Brent, Executrix,* 6 B. T. A. 143 and *Griffith Henshaw, Executor,* 12 B. T. A. 1441.

*Decision will be entered for respondent.*